IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:22cv50 (RCY) |
| ANDREW CARMEN GRIFFIN, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**FINAL ORDER**

This matter is before the Court on the Plaintiff's Notice of Dismissal (ECF No. 7), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). For good cause shown, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 3, 2022